UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

OPERATING ENGINEERS LOCAL 139
HEALTH BENEFIT FUND, CENTRAL
PENSION FUND OF THE INTERNATIONAL UNION
OF OPERATING ENGINEERS AND PARTICIPATING
EMPLOYERS, WISCONSIN OPERATING ENGINEERS
SKILL IMPROVEMENT AND
APPRENTICESHIP FUND,
TERRANCE E. MCGOWAN, as a Trustee of said Funds
except CENTRAL PENSION FUND, MICHAEL A. CRABTREE
as Chief Executive Officer of CENTRAL PENSION FUND, and
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 139,

                Plaintiffs,

v.                                            CIVIL ACTION NO. 19-CV-1837

NELSON EXCAVATING AND SON, LLC
3898 OLD STONE ROAD
OREGON, WI 53575,

                Defendant.
_____

**STIPULATION FOR DISMISSAL**
_____

      It is hereby stipulated, by and between the parties to the above action by their respective attorneys, that the above action may be dismissed, on its merits, without prejudice and without costs to any party, and an Order so dismissing the action may be made by the Court without further notice.

Dated: 3/10/2020                    /s/ Cynthia L. Buchko
                                    Cynthia L. Buchko, Esq.
                                    *In-House Counsel for Plaintiffs*
                                    *Operating Engineers Local 139 Health Benefit*
                                    *Fund, Wisconsin Operating Engineers Skill*
                                    *Improvement and Apprenticeship Fund, Trustee*
                                    *Terrance E. McGowan, International Union of*
                                    *Operating Engineers Local 139 and Joint Labor*
                                    *Management Work Preservation Fund a/k/a*
                                    *Construction Business Group*


Dated: 3/10/2020                    /s/ Laura M. Finnegan
                                    Laura M. Finnegan, Esq.
                                    *Attorney for Plaintiffs Central Pension Fund of the*
                                    *International Union of Operating Engineers and*
                                    *Participating Employers and Michael A. Crabtree*
                                    *as Chief Executive Officer of Central Pension Fund*


Dated:  3/10/2020                   /s/ Daniel S. Lenz
                                    Daniel S. Lenz, Esq.
                                    *Attorney for Defendant, Nelson Excavating and*
                                    *Son, LLC*