# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| OPERATING ENGINEERS LOCAL 139 HEALTH BENEFIT FUND, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, WISCONSIN OPERATING ENGINEERS SKILL IMPROVEMENT AND APPRENTICESHIP FUND, JOINT LABOR MANAGEMENT WORK PRESERVATION FUND, TERRANCE E. MCGOWAN, MICHAEL A. CRABTREE, and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 139,<br><br>                Plaintiffs,<br><br>v.<br><br>NELSON EXCAVATING AND SON LLC,<br><br>                Defendant. | Case No. 19-CV-1837-JPS<br><br>**ORDER** |

      On March 10, 2020, the parties filed a joint stipulation of dismissal of this action without prejudice and without costs or fees assessed to any party. (Docket #12). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Accordingly,

      **IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #12) be and the same is hereby **ADOPTED**; this action be and the

same is hereby **DISMISSED without prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 11th day of March, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge